# EXHIBIT A

Atlanta, GA 30355
TF: 800.844.0045
F: 470.201.1231
www.aph-law.com



A|P|H LLP
ALDRIDGE PITE HAAN

MILDRED YOUNGDIAZ

August 23, 2019

Re:  **Midland Funding, LLC as assignee of CREDIT ONE BANK, N.A.**
     **Account Number:**
     **Amount of the Debt:** $929.58
     **APH File Number:**

Dear Sir/Madam:

This firm represents **Midland Funding, LLC as assignee of CREDIT ONE BANK, N.A.**. Your account with **Midland Funding, LLC as assignee of CREDIT ONE BANK, N.A.** has been turned over to us for collection. Records and information provided to us show you are indebted to **Midland Funding, LLC as assignee of CREDIT ONE BANK, N.A.** in the above amount.

<u>**Notice pursuant to Fair Debt Collection Practices Act**</u> (15 U.S.C. §1692 et seq.):  Unless you dispute the validity of this debt, or any portion thereof, within thirty (30) days after receipt of this notice, the debt will be assumed to be valid by the debt collector. If you notify this law firm in writing within the thirty (30) day period that this debt or any portion thereof, is disputed, we will obtain verification of the debt or a copy of a judgment against you and mail you a copy of the verification of this debt or, if applicable, a copy of the judgment. Upon your written request within the thirty (30) day period, we will also mail you with the name and address of the original creditor, if different from **Midland Funding, LLC as assignee of CREDIT ONE BANK, N.A.**.

If you wish to discuss a payment arrangement or resolution of this debt or if you have any questions regarding this matter, please contact this office at 1-800-844-0045 to be connected to a representative in the collections department.  Any correspondence or payment on this account should be mailed to the above address with the APH File Number noted thereon. Additionally, you may visit our website at <u>www.aph-law.com</u> to determine if you are eligible to make an online payment.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

Aldridge Pite Haan, LLP
Hours of Operation: 8:30 a.m. to 5:00 p.m.

19-39780_Demand_August 23, 2019