# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Mildred Young, individually and on behalf of all others similarly situated;<br><br>                    Plaintiff,<br><br><br>  -v.-<br><br>Aldridge Pite Haan LLP and<br>Midland Funding LLC<br>and John Does 1-25<br><br>                    Defendant(s). | **CLASS ACTION COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>C.A. No.: |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned, counsel of record for Plaintiff, certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of stock of a party:

  (a) Plaintiff Mildred Young
  (b) Plaintiff's Class Members (if so certified)
  (c) Defendant Aldridge Pite Haan LLP
  (d) Defendant Midland Funding LLC

(2) The undersigned further certifies that the following is a complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

(a) Misty Oaks Paxton – attorneys for Plaintiff Mildred Young
(b) TBD – attorneys for Defendant Aldridge Pite Haan LLP
(c) TBD – attorneys for Defendant Midland Funding LLC

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

(a) Misty Oaks Paxton – attorneys for Plaintiff Mildred Young
(b) TBD – attorneys for Defendant Aldridge Pite Haan LLP
(c) TBD – attorneys for Defendant Midland Funding LLC

Submitted this 28th day of May, 2020

/s/ Misty Oaks Paxton
By: Misty Oaks Paxton, Esq.
3895 Brookgreen Point
Decatur, GA 30034
Phone: (404) 725-5697
Fax: (775) 320-3698
attyoaks@yahoo.com
*Attorney for Plaintiff*

**Certificate of Compliance With Local Rule 7.1D**

Pursuant to Local Rule 7.1D, the undersigned counsel certifies that this document has been prepared using Times New Roman 14-point font.

This 28th day of May, 2020        Respectfully Submitted,

/s/ Misty Oaks Paxton
By:  Misty Oaks Paxton, Esq.

**Certificate of Service**

I hereby certify that on this date, I electronically filed this Certificate of Interested Persons Statement using the CM/ECF system which will automatically send email notification of such filing to all attorney(s) of record.

This 28th day of May, 2020        Respectfully Submitted,

/s/ Misty Oaks Paxton
By:  Misty Oaks Paxton, Esq.